UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAMON W. SKAGGS,

    Defendant.

Case No. 03-cr-40079-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendant Damon Skaggs' *pro se* Motion to Obtain Copy of Presentence Investigation Report ("PSR") (Doc. 390). Skaggs does not specify whether he seeks a free copy of his PSR or whether he will be paying for a copy.

Defendants have no constitutional right to a complimentary copy of any document in their court files. *See United States v. Groce*, 838 F. Supp. 411, 413, 414 (E.D. Wis. 1993). Before providing copies free of charge, a district court may require the requestor to show: 1) that he has exhausted *all* other means of access to his files (*i.e.*, through his trial and/or appellate counsel); 2) that he is financially unable to secure access to his court files (*i.e.*, through a showing similar to that required in 28 U.S.C. § 1915(a)(2), which includes a certified copy of the prisoner's trust account for the six-month period prior to filing); and 3) that the documents requested are necessary for the preparation of some specific non-frivolous court action. *See United States v. Wilkinson*, 618 F.2d 1215, 1218-19 (7th Cir. 1980); *Rush v. United States*, 559 F.2d 455, 459 (7th Cir. 1977); *Groce*, 838 F. Supp. at 413-14.

Here, Skaggs has not attempted to make any of these necessary showings. Accordingly, the Court **DENIES** the instant motion (Doc. 390) insofar as Skaggs requests a complimentary copy of his PSR. To the extent Skaggs wishes to pay for a copy, the Court **DIRECTS** the Clerk

of Court to inform him how much a copy of his PSR will cost; that said, Skaggs likely is not entitled to possess a copy of his PSR because it is a sealed, highly confidential filing and because of the policies of the Court and the Bureau of Prisons.

The Court **DIRECTS** the Clerk of Court to mail a copy of this memorandum and order to Damon Skaggs, Register No. 06249-025, FCI Oxford, Federal Correctional Institution, P.O. Box 1000, Oxford, WI 53952.

**IT IS SO ORDERED.**
**DATED: April 27, 2011**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**